## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDMUND SAYWARD, SR. and JOHN PROVOST on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPPERIDGE FARM, INC.,<br><br>Defendant. | CIVIL ACTION NO.  1:13-cv-12770-GAO |

### Order

The Court, having considered the parties' Joint Motion to Transfer to the Central District of California for Purposes of Adjudicating the Settlement Only ("Motion") and finding good cause therefore, hereby GRANTS the Motion and ORDERS that this action be transferred to the Central District of California for purposes of adjudicating the settlement only.  It is further ORDERED that the transfer is for settlement purposes only and, if the global settlement is not finally approved by the *Alfred* Court, this action shall be transferred back to this Court and the status quo shall be reinstated.

**IT IS SO ORDERED.**

Dated this  15th day of  March , 2019

                                                   /s/ George A. O'Toole, Jr
                                                 The Honorable George A. O'Toole
                                                 U.S. District Judge